IT IS SO ORDERED.

Dated: May 29, 2025



Tiiara N.A. Patton
**United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 13** |
| **Patricia E. Thornhill,** | **Case No. 25-40517 (TNAP)** |
| **Debtor.** | **Judge Tiiara N.A. Patton** |

**ORDER DIRECTING DEBTOR PATRICIA E. THORNHILL
TO FILE REQUIRED DOCUMENTS OR THIS CASE
WILL BE DISMISSED PURSUANT TO 11 U.S.C. §521(i)(1)**

On May 1, 2025 (the "Petition Date"), Patricia E. Thornhill ("Debtor") filed a voluntary petition (ECF Docket No. 1) for relief under chapter 13 of title 11 of the United States Code; the Debtor is represented by Attorney Carl Jason Baab; on May 2, 2025, the Court issued the *Notice of Documents to be Filed* (ECF Docket No. 4) directing Debtor to file certain documents, including the *Summary of Assets and Liabilities*, *Schedules A/B-J*, *Declaration Concerning Debtor's Schedules*, *Statement of Financial Affairs*, *Statement of Current Monthly Income*, *a Chapter 13 Plan*, and *Payment Advices Received Sixty (60) Days Prior to Date of Filing Petition* (the "Required Documents") no later than 14 days after the Petition Date; as of the date

of this Order, Debtor has failed to file the Required Documents pursuant to Rules 1007(b) and 3015 of the Federal Rules of Bankruptcy Procedure; in addition, 11 U.S.C. § 521(i)(1) provides that if a debtor fails to file all of the information required by 11 U.S.C. § 521(a)(1), which includes the Required Documents, within 45 days after the petition date, the case will be automatically dismissed; therefore,

**IT IS HEREBY ORDERED THAT:**

1. On or before **Friday, June 13, 2025**, Debtor is directed to file the Required Documents or the case will be dismissed on **Monday, June 16, 2025**.

# # #