# Income At A Glance Worksheet

Notes: In income exact same per pay period -- expenses vary by penny

Name: Thornhill, Patricia

| Date | Gross | Overtime | Misc Bonuses | Vac | Reg. / strt | Federal | SS | Medicare | State | City/Muni | Taxes Total | Medical | Expenses Total | Net Total | Direct Deposit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7-Apr | $ 190.00 | $ - | $ - | $ - | $ 190.00 | $ 5.00 | $ 11.78 | $ 2.76 | $ 0.95 | $ 3.80 | $ 24.29 | $ - | $ 24.29 | $ 165.71 | $ 165.71 |
| 24-Mar | $ 190.00 | $ - | $ - | $ - | $ 190.00 | $ 5.00 | $ 11.78 | $ 2.75 | $ 0.95 | $ 3.80 | $ 24.28 | $ - | $ 24.28 | $ 165.72 | $ 165.72 |
| 10-Mar | $ 190.00 | $ - | $ - | $ - | $ 190.00 | $ 5.00 | $ 11.78 | $ 2.76 | $ 0.95 | $ 3.80 | $ 24.29 | $ - | $ 24.29 | $ 165.71 | $ 165.71 |
| Averages: | $ 190.00 | $ - | $ - | $ - | $ 190.00 | $ 5.00 | $ 11.78 | $ 2.76 | $ 0.95 | $ 3.80 | $ 24.29 | $ - | $ 24.29 | | |

OT's Sums: $ -

Tax Sums: $ 24.29

Quaker Cleaning LLC  
PO Box 554  
Salem, OH 44460

Hire Date: 7/1/2018  
Fed Status: Single, Exemptions: 1  
Fed Add'l Withholding: $5.00  
OH Status: Regular, Exemptions: 0  
Direct Deposit:  
  Huntington: $165.71

**Patricia E Thornhill**  
**136 Sherman St.**  
**Lisbon, OH  44432**

**Quaker Cleaning LLC**     330-881-4376     FED. ID. NO: 51-0524985

| Employee Name | Emp. ID | Company: QuakClean | | Check No. 0 | P/P: 02/24/2025-03/09/2025 |
|---|---|---|---|---|---|
| Patricia E Thornhill | 3 | Group: | Loc. | Dept: | Check Date: 03/10/2025 |

| Earnings | Hours | Hourly Rate | Current | Year-To-Date | Taxes/Deductions | Current | Year-To-Date |
|---|---|---|---|---|---|---|---|
| Wages | | | 190.00 | 950.00 | Federal Tax | 5.00 | 25.00 |
| | | | | | Soc. Sec. Tax | 11.78 | 58.90 |
| | | | | | Medicare Tax | 2.76 | 13.78 |
| | | | | | OH State Tax | 0.95 | 4.75 |
| | | | | | Lisbon Tax | 3.80 | 19.00 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 190.00 | 190.00 | 24.29 | 165.71 |
| Year-To-Date | 950.00 | | DIRECT DEPOSIT | 165.71 |

Quaker Cleaning LLC
PO Box 554
Salem, OH 44460

Hire Date: 7/1/2018
Fed Status: Single, Exemptions: 1
Fed Add'l Withholding: $5.00
OH Status: Regular, Exemptions: 0
Direct Deposit:
  Huntington: $165.72

**Patricia E Thornhill**
**136 Sherman St.**
**Lisbon, OH  44432**

**Quaker Cleaning LLC**     330-881-4376     **FED. ID. NO:** 51-0524985

| Employee Name | Emp. ID | Company: QuakClean | | Check No. 0 | P/P: 03/10/2025-03/23/2025 |
|---|---|---|---|---|---|
| Patricia E Thornhill | 3 | Group: | Loc.   Dept: | Check Date: | 03/24/2025 |

| Earnings | Hours | Hourly Rate | Current | Year-To-Date | Taxes/Deductions | Current | Year-To-Date |
|---|---|---|---|---|---|---|---|
| Wages | | | 190.00 | 1,140.00 | Federal Tax | 5.00 | 30.00 |
| | | | | | Soc. Sec. Tax | 11.78 | 70.68 |
| | | | | | Medicare Tax | 2.75 | 16.53 |
| | | | | | OH State Tax | 0.95 | 5.70 |
| | | | | | Lisbon Tax | 3.80 | 22.80 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 190.00 | 190.00 | 24.28 | 165.72 |
| Year-To-Date | 1,140.00 | | DIRECT DEPOSIT | 165.72 |

Quaker Cleaning LLC
PO Box 554
Salem, OH 44460

Hire Date: 7/1/2018
Fed Status: Single, Exemptions: 1
Fed Add'l Withholding: $5.00
OH Status: Regular, Exemptions: 0
Direct Deposit:
  Huntington: $165.71

**Patricia E Thornhill**
**136 Sherman St.**
**Lisbon, OH  44432**

**Quaker Cleaning LLC**  330-881-4376  FED. ID. NO: 51-0524985

| Employee Name | Emp. ID | Company: QuakClean | | Check No. 0 | P/P: 03/24/2025-04/06/2025 |
|---|---|---|---|---|---|
| Patricia E Thornhill | 3 | Group: | Loc. | Dept: | Check Date: 04/07/2025 |

| Earnings | Hours | Hourly Rate | Current | Year-To-Date | Taxes/Deductions | Current | Year-To-Date |
|---|---|---|---|---|---|---|---|
| Wages | | | 190.00 | 1,330.00 | Federal Tax | 5.00 | 35.00 |
| | | | | | Soc. Sec. Tax | 11.78 | 82.46 |
| | | | | | Medicare Tax | 2.76 | 19.29 |
| | | | | | OH State Tax | 0.95 | 6.65 |
| | | | | | Lisbon Tax | 3.80 | 26.60 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 190.00 | 190.00 | 24.29 | 165.71 |
| Year-To-Date | 1,330.00 | | DIRECT DEPOSIT | 165.71 |