UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| IN RE: | ) |
| | ) |
| | )  CHAPTER 13 |
| PATRICIA E. THORNHILL, | ) |
| | )  CASE NO. 25-40517 |
| Debtor. | ) |
| | )  HONORABLE TIIARA N.A. PATTON |
| | ) |

**TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

NOW COMES Michael A. Gallo, Standing Chapter 13 Trustee, and hereby objects to confirmation of the debtor's Chapter 13 plan dated June 17, 2025.  In support of the within objection, the Trustee states as follows:

**BACKGROUND**

1. On June 17, 2025, the debtor filed a Chapter 13 Plan (Doc. 13).

2. The debtor's plan provides for payments of $202.75 monthly for a term of thirty-six months and a blank dividend to be paid to unsecured creditors.

**BASIS FOR OBJECTION**

A. **Failure to Provide Treatment of Unsecured Creditors' Claims.**

3. Section 5.1 of the debtor's plan fails to provide for any treatment of unsecured creditors' claims.

B. **Failure to Provide for Treatment of Income Tax Refunds.**

4. Part 2.3 of the debtor's plan provides options for the treatment of income tax refunds received during the plan term.

5. Debtor has failed to identify any option regarding the treatment of income tax refunds.

**C. Claims Bar Date After Objection Deadline.**

6. Pursuant to Bankruptcy Rule 3002(c), claims bar date is July 10, 2025.

7. Pursuant to Bankruptcy Rule 3015(f), the deadline to file objections to confirmation is July 10, 2025.

8. Since the claims bar date is the same day as the objection deadline, the Trustee is presently unable to determine the feasibility of the plan.

9. The Trustee reserves the right to amend his objection upon review of any additional timely filed claims.

WHEREFORE, for the reasons set forth herein, the Trustee objects to the confirmation of the debtor's plan dated June 17, 2025. In the event the debtor fails to address the matters set forth herein, this case may be dismissed without further notice or hearing.

Dated: July 10, 2025                        /s/ Michael A. Gallo
                                               Michael A. Gallo, Esq.
                                               Standing Chapter 13 Trustee
                                               5048 Belmont Avenue
                                               Youngstown, OH 44505

## NOTICE OF HEARING ON PLAN CONFIRMATION AND OBJECTION(S) TO CONFIRMATION OF PLAN

The hearing on confirmation of the above captioned debtor's Chapter 13 Plan and the Objection(s) to Confirmation is scheduled on **July 17, 2025 at 2:00 p.m.** before the Honorable Tiiara N.A. Patton. The Hearing will be conducted both (i) in person at the Nathaniel R. Jones Federal Building & U.S. Courthouse, 10 East Commerce Street, Youngstown, Ohio 44503-1621, and (ii) via the Zoom® Video Communications application ("Zoom"). Unless otherwise ordered by the Court, any party who will not be presenting evidence or argument may request to appear virtually via Zoom. Parties must pre-register by emailing Evelyn Ross, Judge Patton's Courtroom Deputy, at PattonZoom_Registration@ohnb.uscourts.gov by no later than 4:00 p.m. three (3) business days prior to the scheduled hearing. The hearing registration email must include the following information: (a) case name and case number; (b) hearing date and time(s); (c) participant's name, address, and telephone number; and (d) name of party/parties whom participant represents.

All participants appearing by Zoom shall comply with *Judge Patton's Procedures for Appearing via Zoom® Video Communications (Effective August 21, 2023)*, which can be found on the Court's website. Persons without video conferencing capabilities must immediately contact Evelyn Ross, Judge Patton's Courtroom Deputy, at (330) 742-0950 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the scheduled hearing date. The hearing may be continued from time to time until completed without further notice except as announced in open court.

**(Chapter 13 Debtors should consult with their attorney as to the necessity of their attendance or participation at the hearing.)**

# CERTIFICATE OF SERVICE

I certify that on July 10, 2025, a true and correct copy of Trustee's Objection to Confirmation and Notice of Hearing on Debtor's Chapter 13 Plan was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Jason Baab, Attorney for Debtor at: cjb@grahamhurdlaw.com
- Office of the U.S. Trustee at: (Registered address)@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

- Patricia Thornhill, 136 Sherman, St., Lisbon, OH 44432

/s/ MICHAEL A. GALLO, TRUSTEE
MICHAEL A. GALLO, TRUSTEE
5048 Belmont Avenue
Youngstown, OH 44505
(330) 743-1246
Fax: (330) 746-8616