IN THE BANKRUPTCY COURT
OF THE NORTHERN DISTRICT OF OHIO

| IN RE: | ) | Chapter 13 Bankruptcy |
|---|---|---|
| | ) | |
| Thornhill, Patricia | ) | Case No. 25-40517 |
| Debtor | ) | |
| | ) | Judge PATTON |
| | ) | |
| | ) | **MOTION TO APPEAR VIA ZOOM** |
| | ) | |
| _____ | ) | |

Debtor, Patricia Thornhill, by and through undersigned counsel, respectfully moves this Honorable Court for an order permitting appearance via Zoom for the hearing on Thursday, August 14th, 2025.

Counsel, upon review of his calendar, has determined that he is unable to be in two places at once, and that, based on his schedule that day, he would not be able to competently represent his client if he could not eliminate the high likelihood of tardiness he would experience given earlier obligation that day, and the driving distance between Uniontown and Youngstown. This issue would be completely eliminated if this Court were to grant him and his client the opportunity to appear via Zoom for the confirmation.

WHEREFORE, Debtor respectfully requests that this Court permit Counsel to appear via Zoom, and additionally to allow his client to also appear via Zoom.

Respectfully Submitted By,

/s/ C Jason Baab__

Carl Jason Baab
Melissa Graham-Hurd & Associates

4030 Massillon Road Unit B
Green, OH 44685
330-996-4099
#103744