IT IS SO ORDERED.

Dated: September 16, 2025



Tiiara N.A. Patton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| Patricia E. Thornhill, | Case No. 25-40517 (TNAP) |
| Debtor. | Judge Tiiara N.A. Patton |

**ORDER DIRECTING DEBTOR TO (I) FILE AMENDED CHAPTER 13 PLAN AND RELATED DOCUMENTS AND (II) PROVIDE TO CHAPTER 13 TRUSTEE ALL OUTSTANDING DOCUMENTS AND INFORMATION ON OR BEFORE <u>THURSDAY SEPTEMBER 18, 2025</u>**

On May 1, 2025, Patricia E. Thornhill ("<u>Debtor</u>") filed a voluntary petition (ECF Docket No. 1) (the "<u>Petition</u>") for relief under chapter 13 of title 11 of the United States Code; Debtor is represented by Attorney Carl Jason Baab ("<u>Attorney Baab</u>"); on May 2, 2025, Michael Gallo, the chapter 13 trustee (the "<u>Chapter 13 Trustee</u>"), filed the *Notice of Chapter 13 Case* (ECF Docket No. 5); on June 17, 2025, Debtor filed the *Chapter 13 Plan* (ECF Docket No. 13) (the "<u>Plan</u>"); on June 18, 2025, the Court entered a *Notice of Filing Deficiency* (ECF Docket No. 14) based upon Debtor's failure to file a certificate of service evidencing that the Plan had been served upon all creditors; on July 10, 2025, Michael Gallo, the chapter 13 trustee (the "<u>Chapter 13</u>

Trustee"), filed an objection to the Plan because, *inter alia*, the Plan failed to identify treatment of the holders of unsecured creditors (ECF Docket No. 16) (the "Objection"); at the September 11, 2025 confirmation hearing (the "Hearing") on the Plan and Objection, Attorney Baab informed the Court that Debtor intended to file an amended chapter 13 plan and would provide all outstanding information and document requests to the Chapter 13 Trustee; therefore, for the reasons stated the record at the Hearing, and to ensure that Debtor's plan is on the path to confirmation,

**IT IS HEREBY ORDERED THAT:**

1. On or before **Thursday, September 18, 2025**, Debtor is directed to file (i) the amended chapter 13 plan, (ii) notice of hearing and objection deadline relating to the amended chapter 13 plan that complies with applies rules, and (iii) certificate of service evidencing service of the amended chapter 13 plan and notice on all creditors that complies with applicable rules and law.

2. On or before **Thursday, September 18, 2025**, Debtor is further directed to provide the Chapter 13 Trustee with any and all outstanding documents or information requests made by the Chapter 13 Trustee.

3. The confirmation hearing is adjourned to Thursday, September 25, 2025, at 2:00 pm to ensure Debtor's compliance with the foregoing.

4. The Court will conduct the Show Cause Hearing in person at the United States Bankruptcy Court, Nathaniel R. Jones Federal Building & U.S. Courthouse, 10 East Commerce Street, Youngstown, Ohio 44503 – 1621. Unless otherwise ordered by the Court, any party who will not be presenting evidence or argument may request to appear virtually via video conference using the Zoom® Video Communications ("Zoom") application. Parties requesting a

Zoom appearance shall review *Judge Patton's Procedures for Appearing for Hearing via Zoom® Video Communications (Effective August 21, 2023)* memorandum for procedures on how to request a Zoom appearance and Zoom log-in information. The memorandum is located on Judge Patton's webpage on the Court's website.

       5.     Persons without video conferencing capabilities must immediately contact Evelyn Ross, Judge Patton's Courtroom Deputy, at (330) 742-0950 to make alternative arrangements. Absent emergency circumstances, such arrangements must be no later than three (3) business days prior to the Hearing.

# # #