UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 13 |
| PATRICIA E. THORNHILL, | ) |
| | ) CASE NO. 25-40517 |
| Debtor. | ) |
| | ) HONORABLE TIIARA N.A. PATTON |
| | ) |

### TRUSTEE'S OBJECTION TO CONFIRMATION
### OF DEBTOR'S AMENDED CHAPTER 13 PLAN

NOW COMES Michael A. Gallo, Standing Chapter 13 Trustee, and hereby objects to confirmation of the debtor's Amended Chapter 13 plan dated September 18, 2025. In support of the within objection, the Trustee states as follows:

### BACKGROUND

1. On September 18, 2025, 2025, the debtor filed an Amended Chapter 13 Plan (Doc. 22).

2. The debtor's Amended Plan provides for payments of $202.75 monthly for a term of thirty-six months and provides that unsecured creditors will be paid the funds remaining after disbursements have been made to all other creditors provided for in the plan.

### BASIS FOR OBJECTION

**A. Pot Plan.**

3. The debtor's Amended Plan at Part 5.1 provides for funds remaining, if any, after disbursements to all other creditors shall be distributed to the general unsecured creditors. This is commonly known as a "pot plan."

4. A "pot plan" does not give general unsecured creditors notice of what they may expect to receive during the course of this plan. Debtor should amend her plan to provide for a specific dividend to be paid to unsecured creditors.

**B. Treatment of LCS Financial Claim; Feasibility.**

5. Debtor's Schedule F provides for LCS Financial Services as a general unsecured creditor in an unknown amount. On July 10, 2025, AmeriFirst Home c/o LCS Financial Services Corporation ("LCS") filed a secured claim in the amount of $19,934.00 with 0% interest (Claim No. 11-1).

6. To date, debtor has failed to either object to the claim or amend the plan to provide for the secured treatment of the claim.

7. In order to pay the LCS claim as filed, and a dividend to unsecured creditors pursuant to A above, plan payments would need to be increased.

WHEREFORE, for the reasons set forth herein, the Trustee objects to the confirmation of the debtor's Amended Plan dated September 18, 2025. In the event the debtor fails to address the matters set forth herein, this case may be dismissed without further notice or hearing.

Dated: September 22, 2025

/s/ Michael A. Gallo
Michael A. Gallo, Esq.
Standing Chapter 13 Trustee
5048 Belmont Avenue
Youngstown, OH 44505

## NOTICE OF HEARING ON PLAN CONFIRMATION AND OBJECTION(S) TO CONFIRMATION OF PLAN

The hearing on confirmation of the above captioned debtor's Chapter 13 Plan and the Objection(s) to Confirmation is scheduled on **September 25, 2025 at 2:00 p.m.** before the Honorable Tiiara N.A. Patton. The Hearing will be conducted both (i) in person at the Nathaniel R. Jones Federal Building & U.S. Courthouse, 10 East Commerce Street, Youngstown, Ohio 44503-1621, and (ii) via the Zoom® Video Communications application ("Zoom"). Unless otherwise ordered by the Court, any party who will not be presenting evidence or argument may request to appear virtually via Zoom. Parties must pre-register by emailing Evelyn Ross, Judge Patton's Courtroom Deputy, at PattonZoom_Registration@ohnb.uscourts.gov by no later than 4:00 p.m. three (3) business days prior to the scheduled hearing. The hearing registration email must include the following information: (a) case name and case number; (b) hearing date and time(s); (c) participant's name, address, and telephone number; and (d) name of party/parties whom participant represents.

All participants appearing by Zoom shall comply with *Judge Patton's Procedures for Appearing via Zoom® Video Communications (Effective August 21, 2023)*, which can be found on the Court's website. Persons without video conferencing capabilities must immediately contact Evelyn Ross, Judge Patton's Courtroom Deputy, at (330) 742-0950 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the scheduled hearing date. The hearing may be continued from time to time until completed without further notice except as announced in open court.

**(Chapter 13 Debtors should consult with their attorney as to the necessity of their attendance or participation at the hearing.)**

## CERTIFICATE OF SERVICE

I certify that on September 22, 2025, a true and correct copy of Trustee's Objection to Confirmation and Notice of Hearing on Debtor's Amended Chapter 13 Plan was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Jason Baab, Attorney for Debtor at: cjb@grahamhurdlaw.com
- Office of the U.S. Trustee at: (Registered address)@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

- Patricia Thornhill, 136 Sherman, St., Lisbon, OH 44432

/s/ MICHAEL A. GALLO, TRUSTEE
MICHAEL A. GALLO, TRUSTEE
5048 Belmont Avenue
Youngstown, OH 44505
(330) 743-1246
Fax: (330) 746-8616