UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 13 |
| PATRICIA E. THORNHILL, | ) |
| | ) CASE NO. 25-40517 |
| Debtor. | ) |
| | ) HONORABLE TIIARA N.A. PATTON |
| | ) |

**TRUSTEE'S OBJECTION TO CONFIRMATION
OF DEBTOR'S AMENDED CHAPTER 13 PLAN**

NOW COMES Michael A. Gallo, Standing Chapter 13 Trustee, and hereby objects to confirmation of the debtor's Amended Chapter 13 plan dated September 25, 2025. In support of the within objection, the Trustee states as follows:

**BACKGROUND**

1. On September 25, 2025, 2025, the debtor filed an Amended Chapter 13 Plan (Doc. 25).

2. The debtor's Amended Plan provides for payments of $202.75 monthly for a term of thirty-six months and provides that unsecured creditors will be paid the sum of $4,567.48.

**BASIS FOR OBJECTION**

A. **Amerifirst Home.**

3. On July 10, 2025, Amerifirst Home, c/o LCS Financial Services Corporation, filed a secured proof of claim in the amount of $19,934.00.

4. LCS Financial Services is listed in Schedule F as an unsecured creditor in an unknown amount and Amerifirst Home is provided for in Part 3.1 of the plan to be paid outside the plan by the debtor. The plan does not indicate a current installment

payment and the debtor's Schedule J does not list any amount for payment of the claim outside the plan.

5. If the debtor's intention is to pay the claim outside the plan, the plan should be amended to show the current installment payment and Schedule J should be amended to provide for the monthly expense. If the debtor's intention is not to pay the claim, debtor should object to the claim.

**B. Failure to Include a Dividend to Unsecured Creditors.**

6. Part 5.1 provides for $4,567.48 to be paid to unsecured creditors. The debtor should amend the plan to provide a percentage to be paid to unsecured creditors.

WHEREFORE, for the reasons set forth herein, the Trustee objects to the confirmation of the debtor's Amended Plan dated September 25, 2025. In the event the debtor fails to address the matters set forth herein, this case may be dismissed without further notice or hearing.

Dated: October 16, 2025  /s/ Michael A. Gallo
Michael A. Gallo, Esq.
Standing Chapter 13 Trustee
5048 Belmont Avenue
Youngstown, OH 44505

# NOTICE OF HEARING ON PLAN CONFIRMATION AND OBJECTION(S) TO CONFIRMATION OF PLAN

      The hearing on confirmation of the above captioned debtor's Chapter 13 Plan and the Objection(s) to Confirmation is scheduled on **October 23, 2025 at 2:00 p.m.** before the Honorable Tiiara N.A. Patton. The Hearing will be conducted both (i) in person at the Nathaniel R. Jones Federal Building & U.S. Courthouse, 10 East Commerce Street, Youngstown, Ohio 44503-1621, and (ii) via the Zoom® Video Communications application ("Zoom"). Unless otherwise ordered by the Court, any party who will not be presenting evidence or argument may request to appear virtually via Zoom. Parties must pre-register by emailing Evelyn Ross, Judge Patton's Courtroom Deputy, at PattonZoom_Registration@ohnb.uscourts.gov by no later than 4:00 p.m. three (3) business days prior to the scheduled hearing. The hearing registration email must include the following information: (a) case name and case number; (b) hearing date and time(s); (c) participant's name, address, and telephone number; and (d) name of party/parties whom participant represents.

      All participants appearing by Zoom shall comply with *Judge Patton's Procedures for Appearing via Zoom® Video Communications (Effective August 21, 2023)*, which can be found on the Court's website. Persons without video conferencing capabilities must immediately contact Evelyn Ross, Judge Patton's Courtroom Deputy, at (330) 742-0950 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the scheduled hearing date. The hearing may be continued from time to time until completed without further notice except as announced in open court.

**(Chapter 13 Debtors should consult with their attorney as to the necessity of their attendance or participation at the hearing.)**

# CERTIFICATE OF SERVICE

I certify that on October 16, 2025, a true and correct copy of Trustee's Objection to Confirmation and Notice of Hearing on Debtor's Amended Chapter 13 Plan was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Jason Baab, Attorney for Debtor at: cjb@grahamhurdlaw.com
- Office of the U.S. Trustee at: (Registered address)@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

- Patricia Thornhill, 136 Sherman, St., Lisbon, OH 44432

/s/ MICHAEL A. GALLO, TRUSTEE
MICHAEL A. GALLO, TRUSTEE
5048 Belmont Avenue
Youngstown, OH 44505
(330) 743-1246
Fax: (330) 746-8616