IN THE BANKRUPTCY COURT
OF THE NORTHERN DISTRICT OF OHIO

| IN RE: | ) | Chapter 13 Bankruptcy |
| --- | --- | --- |
| Thornhill, Patricia<br>Debtor | ) ) ) ) ) ) ) ) ) ) ) | Case No. 25-40517<br><br>Judge Patton<br><br>**MOTION TO VOLUNTARILY DISMISS CASE AT CLIENT'S REQUEST** |

**MOTION OF DEBTOR TO VOLUNTARILY DISMISS CHAPTER 13 CASE PURSUANT TO 11 U.S.C. § 1307(b)**

Now comes Debtor, Patricia Thornhill, by and through undersigned counsel, and respectfully requests voluntary dismissal of this Chapter 13 case pursuant to 11 U.S.C. § 1307(b). The case has not been previously converted under 11 U.S.C. §§ 706, 1112, or 1208.

Debtor recognizes the consequences of dismissal and no longer wishes to proceed under Chapter 13. She has been informed by her attorney regarding his actions, and she has opted to dismiss her case in lieu of proceeding without the possible benefit of counsel.

Debtor has signed an affidavit attesting to the above.

WHEREFORE, Debtor respectfully requests that this Court enter an order dismissing the case and providing for such further relief as may be appropriate.

/s/ C Jason Baab
Carl Jason Baab
4030 Massillon Road
Green, OH 44685
330-996-4099
#103744