UNITED STATES BANKRUTPCY COURT
NORTHERN DISTRICT OF OHIO

IN RE:  Thornhill, Patricia                      CASE NO:  25-40517

        Debtor

Address:      136 Sherman St.
                  Lisbon, OH 44432

Last 4 digits of SSN and/or EIN:  8159

CHAPTER 13

## Affidavit in Support of Dismissal

I, Patricia Thornhill, being duly sworn, state as follows:

1. I have consulted with my attorney regarding the circumstances surrounding my case and his recent disclosures to me.

2. My attorney explained the potential effects and consequences of a voluntary dismissal of my Chapter 13 bankruptcy case, including my rights under the Bankruptcy Code.

3. After that consultation, I have decided that I do not wish to continue this case without representation, which is a possibility given the issues.

4. I therefore have directed him to request voluntary dismissal of my Chapter 13 bankruptcy case.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated 11/05/2025 .

_____
PatriciaThornhill (Nov 5, 2025 17:36:26 EST)

# 2025-11-05 -- Aff in Support of Dismissal

Final Audit Report                                                                                          2025-11-05

| | |
|---|---|
| Created: | 2025-11-05 |
| By: | C Jason Baab (carlbaab7@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAT4IWh0WbvObt5KUxSI6Gu9TE9_9rIbid |

## "2025-11-05 -- Aff in Support of Dismissal" History

- Document created by C Jason Baab (carlbaab7@gmail.com)
  2025-11-05 - 10:25:06 PM GMT

- Document emailed to Patricia Thornhill (pattie3462@gmail.com) for signature
  2025-11-05 - 10:25:09 PM GMT

- Email viewed by Patricia Thornhill (pattie3462@gmail.com)
  2025-11-05 - 10:31:46 PM GMT

- Signer Patricia Thornhill (pattie3462@gmail.com) entered name at signing as PatriciaThornhill
  2025-11-05 - 10:36:24 PM GMT

- Document e-signed by PatriciaThornhill (pattie3462@gmail.com)
  Signature Date: 2025-11-05 - 10:36:26 PM GMT - Time Source: server

- Agreement completed.
  2025-11-05 - 10:36:26 PM GMT

Adobe Acrobat Sign