IT IS SO ORDERED.

Dated: November 12, 2025



Tiiara N.A. Patton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 13 |
| Patricia E. Thornhill, | Case No. 25-40517 (TNAP) |
| Debtor. | Judge Tiiara N.A. Patton |

**ORDER SCHEDULING HEARING ON
MOTION OF DEBTOR TO VOLUNTARILY DISMISS
CHAPTER 13 CASE PURSUANT TO 11 U.S.C. §1307(b) FOR
THURSDAY, NOVEMBER 20, 2025, AT 2:00 P.M.**

The matter before the Court is the *Motion of Debtor to Voluntarily Dismiss Chapter 13 Case Pursuant to 11 U.S.C. §1307(b)* (ECF Docket No. 35) (the "Motion") filed by Patricia E. Thornhill ("Debtor") wherein Debtor requests voluntary dismissal of her chapter 13 case pursuant to 11 U.S.C. §1307(b*). In the *Affidavit in Support of Dismissal* filed as an Exhibit to the Motion, Debtor states that, after consultation with her counsel Attorney Jason Baab, "I have decided that I do not wish to continue this case **without representation**, which is a possibility given the issues." Motion, Exhibit 1 (emphasis added). Prior to granting the Motion, the Court wants to ensure that Debtor understands the obligations that Attorney Baab has with respect to her in these proceedings

and that his withdrawal as counsel from this case must be in compliance with Rule 2091-1 of the Local Rules for the United States Bankruptcy Court for the Northern District of Ohio. Specifically, the rule requires a motion, a showing of good cause, and Court approval before an attorney may withdraw from their representation in a bankruptcy case pending in this Court. Based on the foregoing and the *Order Directing Attorney Carl Jason Baab and the Managing Partner for the Law Firm Melissa Graham-Hurd & Associates to Appear and Show Cause Why Certain Sanctions Should Not Be Imposed Including, But Not Limited to, the Disgorgement of Attorney Fees Pursuant To 11 U.S.C. §329 and Rules 2017(a) and (b) of the Federal Rules of Bankruptcy Procedure to the Extent the Attorney Fees Exceed the Reasonable Value of Services Rendered* (ECF Docket No. 33),

**IT IS THEREFORE ORDERED THAT:**

1. A hearing on the *Motion of Debtor to Voluntarily Dismiss Chapter 13 Case* (ECF Docket No. 35) is scheduled for **Thursday, November 20, 2025, at 2:00 p.m.** (the "Hearing"). Both Patricia E. Thornhill and Attorney Jason Baab are directed to appear at the Hearing.

2. The Court will conduct the Hearing in person at the United States Bankruptcy Court, Nathaniel R. Jones Federal Building & U.S. Courthouse, 10 East Commerce Street, Youngstown, Ohio 44503 – 1621. Unless otherwise ordered by the Court, any party who will not be presenting evidence or argument may request to appear virtually via video conference using the Zoom® Video Communications ("Zoom") application. Parties requesting a Zoom appearance shall review *Judge Patton's Procedures for Appearing for Hearing via Zoom® Video Communications (Effective August 21, 2023)* memorandum for procedures on how to request a

Zoom appearance and Zoom log-in information. The memorandum is located on Judge Patton's webpage on the Court's website.

       3.     Persons without video conferencing capabilities must immediately contact Evelyn Ross, Judge Patton's Courtroom Deputy, at (330) 742-0950 to make alternative arrangements. Absent emergency circumstances, such arrangements must be no later than three (3) business days prior to the Hearing

### 