Outlook

## 25-40517 - Patricia E. Thornhill

From Lerch, Allison <allison.lerch@lcsfin.com>
Date Thu 2/19/2026 4:49 PM
To    C. Jason Baab <cjb@grahamhurdlaw.com>
Cc    Selfridge, George <george.selfridge@lcsfin.com>



Hello Mr. Baab,

It was a pleasure speaking with you this afternoon. I have approval for the $15,000.00 paid pro rata, as arrears, in the Chapter 13 Plan.
I will await the filing of the Amended Chapter 13 Plan.

Thank you.

Allison Lerch
*Bankruptcy Specialist*
LCS Financial Services Corporation



**p:** 720-221-5831    **e:** allison.lerch@lcsfin.com
**w:** www.lcsfin.com   **f:** 303-379-7668
**a:** 6782 Potomac St., Suite 100, Centennial, CO 80112

CONFIDENTIALITY NOTICE: This communication is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any unauthorized disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. This office is deemed to be a debt collector, and this is an attempt to collect a debt. Any information obtained will be used for that purpose.