UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: )
)
) CASE NUMBER 25-40517
PATRICIA E. THORNHILL )
) CHAPTER 13
    Debtor. )
) HONORABLE TIIARA N.A. PATTON
)

### TRUSTEE'S OBJECTION TO CONFIRMATION OF

### DEBTOR'S FOURTH AMENDED CHAPTER 13 PLAN

NOW COMES Michael A. Gallo, Standing Chapter 13 Trustee, and hereby objects to confirmation of the debtor's Fourth Amended Chapter 13 plan dated February 26, 2026. In support of the within objection, the Trustee states as follows:

### BACKGROUND

1. Debtor filed an original Chapter 13 Plan on June 17, 2025, providing for payments of $202.75 monthly for a term of thirty-six months and no provision for unsecured creditors (Doc. 13).

2. Debtor filed an Amended Chapter 13 Plan on September 18, 2025, providing for payments of $202.75 monthly for a term of thirty-six months and the funds remaining after disbursements have been made to all other creditors provided for in the plan to unsecured creditors (Doc. 22)

3. Debtor filed a second Amended Chapter 13 Plan on September 25, 2025, providing for payments of $202.75 monthly for a term of thirty-six months and the sum of $4,567.48 to be paid to unsecured creditors (Doc. 25)

4. Debtor filed a Third Amended Chapter 13 Plan on October 14, 2025, providing for payments of $304.90 monthly for a term of thirty-six months and the sum of $2,863.26 to be paid to unsecured creditors (Doc. 28).

5. On February 26, 2026, the debtor filed an Fourth Amended Chapter 13 Plan (Doc. 40).

6. The debtor's Amended plan provides for an increase in payments to $314.83 monthly for sixty months and a dividend to be paid to unsecured creditors of 0%.

## BASIS FOR OBJECTION

**A. Failure to Provide Treatment of Secured Claim.**

1. The debtor's Schedule F lists LCS Financial Services as an unsecured creditor in an unknown amount.

2. On July 10, 2025, Amerifirst Home c/o LCS Financial Services Corporation ("Amerifirst") filed its proof of claim based on a mortgage in the amount of $19,934.00 secured.

3. The debtor's plan is silent as to the treatment of the Amerifirst claim.

WHEREFORE, for the reasons set forth herein, the Trustee objects to the confirmation of the debtor's Fourth Amended Plan dated February 26, 2026. In the event the debtor fails to address the matters set forth herein, this case may be dismissed without further notice or hearing.

Dated: March 5, 2026
/s/ Michael A. Gallo
Michael A. Gallo, Esq.
Standing Chapter 13 Trustee
5048 Belmont Avenue
Youngstown, OH 44505

# NOTICE OF HEARING ON PLAN CONFIRMATION AND OBJECTION(S) TO CONFIRMATION OF PLAN

The hearing on confirmation of the above captioned debtor's Chapter 13 Plan and the Objection(s) to Confirmation is scheduled on **March 12, 2026 at 2:00 p.m.** before the Honorable Tiiara N.A. Patton. The Hearing will be conducted both (i) in person at the Nathaniel R. Jones Federal Building & U.S. Courthouse, 10 East Commerce Street, Youngstown, Ohio 44503-1621, and (ii) via the Zoom® Video Communications application ("Zoom"). Unless otherwise ordered by the Court, any party who will not be presenting evidence or argument may request to appear virtually via Zoom. Parties must pre-register by emailing Evelyn Ross, Judge Patton's Courtroom Deputy, at PattonZoom_Registration@ohnb.uscourts.gov by no later than 4:00 p.m. three (3) business days prior to the scheduled hearing. The hearing registration email must include the following information: (a) case name and case number; (b) hearing date and time(s); (c) participant's name, address, and telephone number; and (d) name of party/parties whom participant represents.

All participants appearing by Zoom shall comply with *Judge Patton's Procedures for Appearing via Zoom® Video Communications (Effective August 21, 2023)*, which can be found on the Court's website. Persons without video conferencing capabilities must immediately contact Evelyn Ross, Judge Patton's Courtroom Deputy, at (330) 742-0950 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the scheduled hearing date. The hearing may be continued from time to time until completed without further notice except as announced in open court.

**(Chapter 13 Debtors should consult with their attorney as to the necessity of their attendance or participation at the hearing.)**

# CERTIFICATE OF SERVICE

I certify that on March 5, 2026, a true and correct copy of Trustee's Objection to Confirmation and Notice of Hearing on Debtor's Amended/Modified Chapter 13 Plan was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Jason Baab, Attorney for Debtor at: cjb@grahamhurdlaw.com
    Office of the U.S. Trustee at: (Registered address)@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

    Patricia Thornill, 136 Sherman St, Lisbon, OH 44432-0000.

    /s/ MICHAEL A. GALLO, TRUSTEE
    MICHAEL A. GALLO, TRUSTEE
    5048 Belmont Avenue
    Youngstown, OH 44505
    (330) 743-1246
    Fax: (330) 746-8616