UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NUMBER 25-40517 |
| PATRICIA E. THORNHILL | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |
| | ) | HONORABLE TIIARA N.A. PATTON |
| | ) | |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF

### DEBTOR'S SIXTH AMENDED CHAPTER 13 PLAN

NOW COMES Michael A. Gallo, Standing Chapter 13 Trustee, and hereby objects to confirmation of the debtor's Sixth Amended Chapter 13 plan dated April 9, 2026. In support of the within objection, the Trustee states as follows:

### BACKGROUND

1. Debtor filed an original Chapter 13 Plan on June 17, 2025, providing for payments of $202.75 monthly for a term of thirty-six months and no provision for unsecured creditors (Doc. 13).

2. Debtor filed an Amended Chapter 13 Plan on September 18, 2025, providing for payments of $202.75 monthly for a term of thirty-six months and the funds remaining after disbursements have been made to all other creditors provided for in the plan to unsecured creditors (Doc. 22)

3. Debtor filed a second Amended Chapter 13 Plan on September 25, 2025, providing for payments of $202.75 monthly for a term of thirty-six months and the sum of $4,567.48 to be paid to unsecured creditors (Doc. 25)

4. Debtor filed a Third Amended Chapter 13 Plan on October 14, 2025, providing for payments of $304.90 monthly for a term of thirty-six months and the sum of $2,863.26 to be paid to unsecured creditors (Doc. 28).

5. On February 26, 2026, the debtor filed a Fourth Amended Chapter 13 Plan (Doc. 40).

6. The debtor's Fourth Amended plan provides for payments of $314.83 monthly for sixty months and a dividend to be paid to unsecured creditors of 0%.

7. On March 12, 2026, the debtor filed a Fifth Amended Chapter 13 Plan (Doc. 49).

8. The debtor's fifth Amended plan provides for payments of $314.83 monthly for sixty months and a dividend to be paid to unsecured creditors of 0%.

9. On April 9, 2026, the debtor filed a Sixth Amended Chapter 13 Plan (Doc. 52).

10. The debtor's Sixth Amended plan also provides for payments of $314.83 monthly for sixty months and a dividend to be paid to unsecured creditors of 0%.

<b><u>BASIS FOR OBJECTION</u></b>

A. **Feasibility.**

11. The debtor's plan is not in compliance with 11 U.S.C. § 1325(a)(6) for the reason that said plan is not feasible because it is inadequately funded to satisfy filed proof of claims.

12. In order to fund the plan, the monthly payment must be increased to $340.00.

13. Since the filing of her case the debtor has been making payment of $202.75 monthly.

B. **Failure to Determine Treatment of Claim.**

14. Part 3.2 of Debtor's Plan lists Amerifirst Home as a secured creditor in the amount of $15,000.00 in mortgage arrearages.

15. On March 23, 2026, Amerifirst Home ("Amerifirst") filed an arrearage claim in the total amount of $19,934.00 (Claim No. 11-1).

16. To date, the debtor has failed to either object to the claim or amend the plan to provide for the Amerifirst claim as filed, neither has Amerifirst amended its claim to $15,000.00.

WHEREFORE, for the reasons set forth herein, the Trustee objects to the confirmation of the debtor's sixth Amended Plan dated April 9, 2026. In the event the debtor fails to address the matters set forth herein, this case may be dismissed without further notice or hearing.

Dated:  April 14, 2026

/s/ Michael A. Gallo
Michael A. Gallo, Esq.
Standing Chapter 13 Trustee
5048 Belmont Avenue
Youngstown, OH 44505

## NOTICE OF HEARING ON PLAN CONFIRMATION AND OBJECTION(S) TO CONFIRMATION OF PLAN

The hearing on confirmation of the above captioned debtor's Chapter 13 Plan and the Objection(s) to Confirmation is scheduled on **April 23, 2026 at 2:00 p.m.** before the Honorable Tiiara N.A. Patton. The Hearing will be conducted both (i) in person at the Nathaniel R. Jones Federal Building & U.S. Courthouse, 10 East Commerce Street, Youngstown, Ohio 44503-1621, and (ii) via the Zoom® Video Communications application ("Zoom"). Unless otherwise ordered by the Court, any party who will not be presenting evidence or argument may request to appear virtually via Zoom. Parties must pre-register by emailing Evelyn Ross, Judge Patton's Courtroom Deputy, at PattonZoom_Registration@ohnb.uscourts.gov by no later than 4:00 p.m. three (3) business days prior to the scheduled hearing. The hearing registration email must include the following information: (a) case name and case number; (b) hearing date and time(s); (c) participant's name, address, and telephone number; and (d) name of party/parties whom participant represents.

All participants appearing by Zoom shall comply with *Judge Patton's Procedures for Appearing via Zoom® Video Communications (Effective August 21, 2023)*, which can be found on the Court's website. Persons without video conferencing capabilities must immediately contact Evelyn Ross, Judge Patton's Courtroom Deputy, at (330) 742-0950 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the scheduled hearing date. The hearing may be continued from time to time until completed without further notice except as announced in open court.

**(Chapter 13 Debtors should consult with their attorney as to the necessity of their attendance or participation at the hearing.)**

## CERTIFICATE OF SERVICE

I certify that on April 14, 2026, a true and correct copy of Trustee's Objection to Confirmation and Notice of Hearing on Debtor's Amended/Modified Chapter 13 Plan was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Jason Baab, Attorney for Debtor at: cjb@grahamhurdlaw.com
Office of the U.S. Trustee at: (Registered address)@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

Patricia Thornhill, 136 Sherman Street, Lisbon, OH 44432

/s/ MICHAEL A. GALLO, TRUSTEE
MICHAEL A. GALLO, TRUSTEE
5048 Belmont Avenue
Youngstown, OH 44505
(330) 743-1246
Fax: (330) 746-8616