**IT IS SO ORDERED.**

**Dated: April 27, 2026**



**Tiiara N.A. Patton**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **In re:** | **Chapter 7** |
| **Patricia E. Thornhill,** | **Case No. 25-40517 (TNAP)** |
| **Debtor.** | **Judge Tiiara N.A. Patton** |

### ORDER REGARDING THE ADMINISTRATION OF
### THIS CASE BY ATTORNEY CARL JASON BAAB, ESQ. AND CONFIRMATION
### <u>SCHEDULED FOR THURSDAY, MAY 7, 2026, AT 2:00 P.M.</u>

The matter before this Court is the confirmation hearing for Patricia E. Thornhill's ("<u>Debtor</u>") *Sixth Amended Chapter 13 Plan and Request for Valuation of Security* (ECF Docket No. 52) (the "<u>Plan</u>") that is scheduled for confirmation, Debtor is represented by Attorney Carl Baab ("<u>Attorney Baab</u>"). At the March 12, 2026 hearing (the "<u>Hearing</u>") to confirm Debtor's fifth amended plan, the Court, Attorney Baab, and Michael A. Gallo, the chapter 13 trustee, had a discussion regarding the issues present in the plan which prevented the Court from confirming the plan. Based on the representations at the Hearing by Attorney Baab regarding his efforts to file a confirmable plan, the Court adjourned the Hearing. Debtor filed the Plan, which resulted in Trustee

Gallo filing the *Trustee's Objection to Confirmation of Debtor's Sixth Amended Chapter 13 Plan* (ECF Docket No. 55). The Trustee opposes confirmation of the Plan based on feasibility and failure to determine treatment of claim. This case has a lengthy bankruptcy history, and this Court has provided Attorney Baab and Debtor with several adjournments with the hope that the parties could achieve confirmation of the proposed plan. However, based on the discussion at the Hearing and the Objection, the Plan does not appear to be closer to confirmation.

Debtor's confirmation hearing is scheduled for Thursday, May 7, 2026 (the "Confirmation Hearing"). There will be no further adjournments if the reasons the Plan is unconfirmable are the same as those previously addressed throughout the tenure of this case. At this juncture, it is essential that Debtor, with the assistance of her counsel, Attorney Baab, presents a confirmable plan to this Court.

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1. **On or before Thursday, April 30, 2026**, Attorney Baab is directed to obtain a copy of the recording from at least the confirmation hearing held on Thursday, March 12, 2026. However, it may be helpful to counsel to obtain additional recordings for other confirmation hearings to ensure that all confirmation issues are addressed. Attorney Baab should consult this Court's website to obtain instructions on how to obtain audio recordings of hearings from this Court.

2. After listening to the recordings, **on or before Monday, May 4, 2026,** Attorney Baab shall conference with Michael A. Gallo, the chapter 13 trustee, regarding the Objection and whether the trustee's objections may be resolved in advance of the Confirmation Hearing.

# # #