## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **Thornhill, Patricia,** | **Case No. 25-40517 (TNAP)** |
| **Debtor.** | **Judge Tiiara N.A. Patton** |
| | **STIPULATED MOTION FOR TREATMENT OF DEBT IN DEBTOR'S SIXTH PROPOSED PLAN** |

Now come both Debtor Patricia Thornhill and Creditor LCS Capital+ (the "Parties"), and hereby stipulate as to the treatment and value of the debt in Debtor's Sixth Proposed Plan (the "Plan").

### I. BACKGROUND

1. Debtor is the owner of 136 Sherman (the "Home") and has identified the property in her schedules.

2. LCS Capital, LLC (filed by Financial Services Corporation) has filed a proof of claim showing that the sum of $19,934.00 is secured against Debtor's real property (the "Debt").

3. Debtor's disposable income permits a plan payment of $314.83 per month.

4. Trustee Gallo has objected to the Plan, citing, among other things, that the debt is in arrears.

### II. STIPULATION

5. Creditor agrees to accept the value of $15,000 as the value of its claim secured against Debtor's real property in settlement of that claim.

6. Debtor agrees that $314.83 represents the amount she can pay into the Plan.

7. If the case was dismissed or not discharged, the balance of the secured claim would revert back to the original balance of $19,934.00.

WHEREFORE, the Parties respectfully request that this Court:

A.   Proceed with confirmation of the Plan;

B.   Dismiss the Trustee's objection as moot;

C.   Order the Trustee to pay LCS Capital, LLC, as a properly secured creditor, the sum of $15,000 through the Plan;

D.   Retain the entire $19,934.00 value of the Debt as secured until the Debtor receives her Discharge; and

E.   Order LCS Capital, LLC to identify the debt as satisfied upon Debtor's successful Discharge.


LCS Capital, LLC
Pam Dotson, Chief Compliance Counsel
LCS Financial Services Corporation
6782 S Potomac St # 100
Centennial, CO 80112

_____
Judge Tiiara N.A. Patton


Respectfully Submitted,

/s *C Jason Baab*
Carl Jason Baab (#0103744)
Attorney for Debtor Patricia Thornhill
Melissa Graham-Hurd and Associates
4030 Massillon Road
Green, OH 44685


AGREED AND STIPULATED:

/s