**UNITED STATES BANKRUPTCY COURT FOR THE**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **In re:** | |
| | **Chapter 13 Bankruptcy** |
| **Thornhill, Patricia,** | **Case No. 25-40517 (TNAP)** |
| **Debtor.** | **Judge Tiiara N.A. Patton** |

**NOTICE OF HEARING**
**FOR STIPULATED MOTION**

> **PLEASE TAKE NOTICE that on MAY 7, 2026,** Debtor Thornhill filed the Stipulated Motion for Treatment of Debt in Debtor's Sixth Proposed Plan (Docket No. **58**) (the "Motion").

> **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.**

> If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion at a hearing, then on or before **MAY 26, 2026**, you or your attorney must:

> File with the Court an objection/response at:

> United States Bankruptcy Court
> Nathaniel R. Jones Federal Building & U.S. Courthouse
> 10 East Commerce Street
> Youngstown, Ohio 44503 – 1621

If you mail your objection/response to the Court, you must mail it early enough so the Court will **receive** it on or before the date stated above.

> Mail a copy of your response to:

> Attorney C Jason Baab
> Melissa Graham-Hurd and Associates
> 4030 Massillon Road
> Green, OH 44685

> Please take further notice that a hearing on the Motion will be held on June 4, 2026 at 2:00 p.m. prevailing Eastern Time (the "Hearing"), or as soon as thereafter as this matter may

be heard, before the Honorable Tiiara N.A. Patton. The Hearing will be conducted both (i) in person at the Nathaniel R. Jones Federal Building & U.S. Courthouse, 10 East Commerce Street, Youngstown, Ohio 44503-1621, and (ii) via the Zoom® Video Communications application ("Zoom"). Unless otherwise ordered by the Court, any party who will not be presenting evidence or argument may request to appear virtually via Zoom. Parties must pre-register by emailing Evelyn Ross, Judge Patton's Courtroom Deputy, at PattonZoom_Registration@ohnb.uscourts.gov by no later than 4:00 p.m. three (3) business days prior to the scheduled hearing. The hearing registration email must include the following information: (a) case name and case number; (b) hearing date and time(s); (c) participant's name, address, and telephone number; and (d) name of party/parties whom participant represents.

All participants appearing by Zoom shall comply with *Judge Patton's Procedures for Appearing via Zoom® Video Communications (Effective August 21, 2023)*, which can be found on the Court's website. Persons without video conferencing capabilities must immediately contact Evelyn Ross, Judge Patton's Courtroom Deputy, at (330) 742-0950 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the scheduled hearing date. The hearing may be continued from time to time until completed without further notice except as announced in open court.

| Dated: May 7, 2026 | /s C Jason Baab |
| | Signature of Attorney for Movant/Applicant |
| | Carl Jason Baab #103744 |
| | Printed Name of Attorney for Movant/Applicant (Bar Number) |
| | 4030 Massillon Road, Ste B, Green OH 44685 |
| | Address |
| | 330-996-4099 |
| | Telephone Number |