**IT IS SO ORDERED.**

**Dated: June 1, 2026**



**Tiiara N.A. Patton**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **In re:** | **Chapter 13** |
| **Patricia E. Thornhill,** | **Case No. 25-40517 (TNAP)** |
| **Debtor.** | **Judge Tiiara N.A. Patton** |

### ORDER DETERMINING ATTORNEY CARL JASON BAAB HAS
### SHOWN CAUSE WHY CERTAIN SANCTIONS SHOULD NOT BE IMPOSED
### INCLUDING BUT NOT LIMITED TO THE DISGORGMENT OF ATTORNEYS FEES

On May 1, 2025, Patricia E. Thornhill ("Debtor") filed a voluntary petition (ECF Docket No. 1) for relief under chapter 13 of title 11 of the United States Code. Debtor is represented by Carl Jason Baab, Esq. ("Attorney Baab"). On May 21, 2026, the Court held the adjourned show cause hearing (the "Hearing") on the *Amended Order Directing Attorney Carl Jason Baab to Appear and Show Cause Why Certain Sanctions Should Not Be Imposed Including, But Not Limited To, The Disgorgement Of Attorney Fees Pursuant To 11 U.S.C. § 329 And Rules*

*2017(a) And (b) Of The Federal Rules Of Bankruptcy Procedure To The Extent Attorney Fees Exceed The Reasonable Value Of Services Rendered* (ECF Docket No. 37) (the "<u>Show Cause Order</u>") and related pleadings. At the hearing on the record, Attorney Baab voluntarily waived his legal fee in this case. According to the *Disclosure of Compensation of Attorney for Debtor(s)* (ECF Docket No. 11) (the "<u>Disclosure</u>") the legal fee charged in this case is of $2,050, $50 of which was paid by Debtor prior to the bankruptcy filing. Based on Attorney Baab's waiver of the remaining legal fee charged in this case in the amount of $2,000; therefore,

**IT IS HEREBY ORDERED THAT:**

1.      This matter is **CONCLUDED**.

# # #